UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL J. RITTER, JR., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Cause No. 4:06CV775 HEA |
| | ) |
| JAMES PURKETT, | ) |
| | ) |
| Respondent, | ) |

## **JUDGMENT**

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Petition of Michael J. Ritter, Jr. for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, [Doc. No. 3], is denied.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Petitioner has not made a substantial showing of the denial of a constitutional right and the Court will not issue a Certificate of Appealability.

Dated this 20th day of June, 2007.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE